Raymond Figueroa, DIN# 05A1068
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

Dated: 7·27·06

Honorable Denis R. Hurley
United States CourtHouse
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

Reference: Figueroa v. New York State, et al
04 Civ. 02553 (DRH)(MLO)

RECEIVED
JUL 3 2006

Dear; Honorable, Denis R. Hurley;

    The purpose of this letter is to inform the court that, I am withdrawing from civil action 04-CV-2553 without prejudice.

    I declare under the penalty of perjury that the foregoing is true and correct.

<u>Respectfully Submitted</u>

*Raymond Figueroa*

Raymond Figueroa

cc: Robert I. Cantor
    File



SING SING CORRECTIONAL FACILITY
354 HUNTER STREET
OSSINING, NEW YORK 10562

NAME: Raymond Figueroa   DIN: 05A1068

SING SING ☆ CORRECTIONAL FACILITY

Chambers
Honorable Davis R. Hurley
United States Courthouse
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

Legal Mail