UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

RAYMOND FIGUEROA                           ORDER OF DISMISSAL

    -against-                                     CV-04-2553 (DRH)

NEW YORK STATE, COUNTY OF SUFFOLK,
MR. HAMILTON, WILLIAM MALDONADO,
JAMES WALKER, SMITH, THOMAS SPOTA,
LEGAL AID SOCIETY, JOHN SCHICK,
MICHAEL AHERN, MR. VALASQUEZ, HARRY TILIS,
CHRISTOPHER CASSAR, SUFFOLK COUNTY
CORRECTIONAL FACILITY, WARDEN THOMAS
MURPHY, POLICE COMMISSIONER OF SUFFOLK
COUNTY, SUFFOLK COUNTY POLICE
 DEPARTMENT
------------------------------------------------------------------------X

The Court having received a letter from Pro Se Plaintiff dated July 27, 2006 indicating he wishes to withdraw from the civil action, and a letter from the Suffolk County defendants indicating there is no opposition, and the Court having dismissed the remaining defendants,

      IT IS HEREBY ORDERED that the case is dismissed without prejudice.

  The Clerk is directed to close this case.

        SO ORDERED.

                                                         /s/
                                         DENIS R. HURLEY
                                     United States District Judge

Dated: Central Islip, New York
       July 6, 2007